**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| ROCK SPRING PLAZA II, LLC, | * | |
| Plaintiff, | * | Civil Action No. PJM-20-01502 |
| v. | * | |
| | * | |
| INVESTORS WARRANTY OF AMERICA, LLC, et al., | * | |
| Defendants. | | |

\* \* \*

**ORDER**

On August 6, 2021, the Court held a discovery dispute hearing to address Defendant Investor Warranty of America, LLC's "Motion to Compel" ("Motion") (ECF No. 98), and non-party Rockledge Associates, LLC's ("Rockledge Associates") response thereto (ECF No. 103). Specifically, the Court considered five requests for production of documents ("requests") made by the Defendant. (ECF No. 98, p. 3). The matter has been briefed and argued. (*See also* ECF Nos. 105, 108). For the reasons stated on the record at that hearing, it is hereby **ORDERED** that:

Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.

(1) Regarding Defendant's first and second requests, Rockledge Associates shall provide a stipulation, or make available a Fed. R. Civ. P. 30(b)(6) witness, on the topics raised.

(2) Regarding the third request, the Court has ordered additional briefing by the parties. Specifically, Defendant shall submit a letter, not to exceed three pages, single-spaced, that particularly describes the relevance of this request to the litigation. This letter is due by no later than August 13, 2021. Any opposition by Rockledge Associates shall be in a letter not to exceed three pages, single-spaced. The due date is no later than August 20, 2021.

(3) Regarding the fourth request, it is **DENIED**.

(4) Regarding the fifth request, counsel for Rockledge Associates will draft a stipulation, or the parties may resolve this request via a Request for Admission.  Counsel for the parties are free to discuss another manner to resolve this request.


Dated: August 6, 2021 _____/s/_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Gina L. Simms
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge