UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC, et al.</u>
No. 20-cv-1502

DATE: September 22, 2022

\* \* \*

The parties have filed a Joint Motion for Clarification (ECF No. 155) as to whether the Court's Order (ECF Nos. 151, 152) requires Defendants Investors Warranty of America, LLC and Rock Springs Drive LLC to produce evidence of the latter's adequate capitalization. The Court understands from the Motion that Defendants have already produced substantial discovery that they believe already addresses the issue of capitalization. ECF No. 155 at 5–6. Accordingly, to sharpen the parameters of the instant dispute, the Court **ORDERS** that:

- No later than September 27, 2022, counsel for Plaintiff shall send to counsel for Defendants and the Court a list of (1) the specific questions it wants answered regarding Defendants' capitalization, and (2) the specific documents relevant to capitalization that Defendants have not already produced.

- No later than September 30, 2022, counsel for Defendants shall respond point by point to Plaintiff's list of questions and documents, with a copy to the Court, indicating whether they object to the production of those documents and, if so, on what grounds.

- A telephone conference with counsel regarding the requests will take place on October 13, 2022, at 11:00 AM.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record

1