UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC, et al.
        No. 20-cv-1502

DATE:   December 8, 2022

\* \* \*

The Court understands that the parties disagree as to whether Defendants have disclosed sufficient information to permit the proposed lease assignment to proceed. The parties are therefore **ORDERED** to submit supplemental briefing on that topic, subject to the following:

1. Defendants shall submit the opening brief, which will be limited to fifteen (15) pages and will be due on December 19, 2022. Plaintiff may file a response brief of no more than fifteen (15) pages by December 30, 2022. Defendants may file a reply brief limited to five (5) pages by January 6, 2023.

2. Any further decisions on the parties' Motions to Compel are **DEFERRED** pending the Court's ruling on whether the lease assignment can move forward.

Also, upon review of the parties' respective briefs (ECF Nos. 185, 190), the Court **GRANTS** Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 184).

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC:   Court file
       Counsel of Record