**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGEGREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:Counsel of Record

From:Judge Peter J. Messitte

Re:Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC
Civil No. 20-1502 PJM

Date:March 28, 2023

********

The Court has received Defendant Investors Warranty of America's (IWA) Brief in Support of Reconsideration of the Applicability of the Crime-Fraud Exception (ECF No. 294).

Accordingly, the Court orders that Plaintiff Rock Spring Plaza may file a response to IWA's brief no later than April 14, 2023; and that IWA may file a reply brief no later than April 21, 2023.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC:Counsel of Record
Court File

1