IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ROCK SPRING PLAZA II, INC.,**

    Plaintiff,

v.

**INVESTORS WARRANTY OF
AMERICA, LLC,** *et al.,*

    Defendants.

Civil No. **PJM-20-1502**

**ORDER**

Having considered Defendant Rock Spring Drive's ("RSD") correspondence regarding several planned depositions (ECF No. 301), and Plaintiff's response thereto (ECF No. 303), a telephone conference having been held with counsel for the parties on April 13, 2023, it is, this 13 day of April 2023, for the reasons stated on the record:

**ORDERED**

1. The depositions of James Sowka, counsel for Defendant Investors Warranty of America ("IWA"), and of Jordi Guso, counsel for RSD, **SHALL** be deferred until after the Court decides the issue of access to attorney-client communications between IWA and its attorneys, and between RSD and its attorneys, pursuant to the crime-fraud exception.

2. Defendants **SHALL** not depose William Bosch, counsel for Plaintiff, unless the Court, upon motion, issues an Order authorizing his testimony, should Defendants wish to pursue such deposition. Plaintiff may oppose and Defendants may reply in the ordinary course.

1

3. The deposition of Robert Barron, counsel for RSD, **SHALL** proceed as scheduled on April 14, 2023, but may be renewed after the Court decides the issue of the crime-fraud exception.

4. Plaintiff is **GRANTED** an extension until April 18, 2023 to file its response to IWA's brief on the crime-fraud exception; IWA may file a reply brief by April 25, 2023.

5. The discovery deadline in this case is **EXTENDED** to June 30, 2023, subject to future extensions for good cause.

6. The schedule as to the filing of any Motions for Summary Judgment will be set after the Court decides the crime-fraud exception issue.

/s/ Peter J. Messitte
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**