**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To: Counsel of Record

From: Judge Peter J. Messitte

Re: <u>Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC</u>
Civil No. 20-1502 PJM

Date: June 27, 2023

\*\*\*\*\*\*\*\*

On June 20, 2023, the Court conducted an *ex parte* hearing with counsel for Defendant Investors Warranty of America on the applicability of the crime-fraud exception to three documents listed in IWA's privilege log. That issue is now under advisement. While, as of now, the proceedings of June 20 are under seal and while the Court intends to write an opinion on the matter, which will also provisionally be placed under seal, the Court is at a loss to understand why defense counsel refused to simply inform provide Plaintiff's counsel of the date that the *ex parte* hearing took place. This is concerning conduct on the part of defense counsel.

Given that discovery is set to close on June 30, 2023, the discovery deadline in this case is hereby **EXTENDED** to September 1, 2023.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court File

1