IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| ROCK SPRING PLAZA II, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 8:20-CV-01502-PJM |
| INVESTORS WARRANTY OF AMERICA, LLC, et al., | ) |
| Defendants. | ) |

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO QUASH

Plaintiff, Rock Spring Plaza II, LLC ("RSP" or "Plaintiff"), by its undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule 105.9, and with the consent of Defendant, Investors Warranty of America, LLC ("IWA"), moves for an Order extending the time to respond to IWA's Motion to Quash Subpoenas [ECF No. 321]. In support of this Motion, Plaintiff states as follows:

1. Plaintiff served three nonparty subpoenas on June 2, 2023.

2. On June 30, 2023, the nonparties filed a consent motion for extension of time to respond to the subpoenas up to and including July 21, 2023. ECF. No. 322.

3. The Court granted the extension on July 5, 2023. ECF No. 324.

4. Plaintiff, in the interest of judicial efficiency and to allow the nonparties, IWA and Plaintiff to discuss a potential resolution of issues raised in IWA's Motion to Quash Subpoenas [ECF No. 321], requests an extension of the deadline for filing a response to IWA's Motion to Quash Subpoenas up to and including August 2, 2023.

5. Pursuant to Local Rule 105.9, Plaintiff conferred with Defendant IWA and obtained consent for the requested extension.

6. This is Plaintiff's first request for an extension of time for responding to IWA's Motion to Quash Subpoenas. No prior extensions of this deadline have been granted, and no

- 2 -

prejudice will result to any party from the requested extension of time. This Motion is filed in good faith and not for the purpose of delay.

WHEREFORE, Plaintiff respectfully requests an Order extending the time until August 2, 2023, to respond to IWA's Motion to Quash Subpoenas.

|  |  |
|---|---|
| July 10, 2023 | Sincerely, |
|  | /s/ *Katherine Danial* <br> Katherine Danial <br> William Bosch <br> Alvin Dunn <br> Pillsbury Winthrop Shaw Pittman LLP <br> 1200 Seventeenth Street N.W. <br> Washington, D.C. 20036 <br> Telephone: +1 202.663.8000 <br> Facsimile: +1 202.663.8007 <br> katherine.danial@pillsburylaw.com <br> william.bosch@pillsburylaw.com <br> alvin.dunn@pillsburylaw.com <br><br> *Counsel for Rock Spring Plaza II, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, a copy of the foregoing Motion was served via the Court's electronic filing system upon all counsel of record.

Respectfully submitted,

/s/ *Katherine Danial*