**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ROCK SPRING PLAZA II, LLC

        Plaintiff,

   v.

INVESTORS WARRANTY OF AMERICA,
LLC, et al.,

        Defendants.

Civil Action No. 20-cv-01502-PJM

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Plaintiff Rock Spring Plaza II, LLC's

("Plaintiff") Motion to Compel Non-Parties Transamerica Financial Life Insurance Company,

Transamerica Corporation, and Transamerica Life Insurance Corporation to Respond to

Document Subpoenas, (Dkt. __), and Defendant Investors Warranty of America, LLC's Motion

to Quash, or in the alternative, Motion for Protective Order. (Dkt. ___). The Court having

considered the matter, it is hereby

    **ORDERED** that Plaintiff's Motion (Dkt. __) is **GRANTED**; and it is further

    **ORDERED** that Defendant Investors Warranty of America, LLC's Motion to Quash, or

in the alternative, Motion for Protective Order (Dkt. ___) is **DENIED**; and it is further

    **ORDERED** that Non-Parties Transamerica Financial Life Insurance Company,

Transamerica Corporation, and Transamerica Life Insurance Corporation produce the requested

documents within fourteen (14) days.

    ENTERED this ___ day of _____, 2023.

                                      _____