IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Rock Spring Plaza II, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Investors Warranty of America, LLC, et al. <br><br> *Defendants*. | No. 8:20-cv-01502 |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Non-parties Transamerica Corporation, Transamerica Life Insurance Company, and Transamerica Financial Life Insurance Company (the "Non-Parties"), by their attorneys, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule 105.9, and with the consent of Plaintiff, Rock Spring Plaza II, LLC ("Plaintiff"), moves for an Order extending the time to respond to Plaintiff's Motion to Compel [ECF 332]. In support of this Motion, the Non-Parties state as follows:

1. Plaintiff served three nonparty subpoenas on June 2, 2023.

2. On June 30, 2023, the Non-Parties filed a consent motion for extension of time to respond to the subpoenas up to and including July 21, 2023. [ECF 322].

3. The Court granted the extension on July 5, 2023. [ECF 324].

4. The Non-Parties filed their Objections and Responses to the subpoenas on July 21, 2023. [ECF 329-331].

5. Plaintiff filed the Motion to Compel the Non-Parties to respond to the subpoenas on August 2, 2023. [ECF 332].

6. The Non-Parties response to the Motion to Compel is currently due on August 16, 2023.

7. The Non-Parties request that the Court extend the deadline for filing a response to the Motion to Compel up to and including August 18, 2023.

8. Pursuant to Local Rule 105.9, the undersigned counsel has obtained the consent of Plaintiff for the requested extension.

9. This is the Non-Parties first request for an extension of time to respond to the Motion to Compel. No prejudice will result to any party from the requested extension of time. The Motion was filed in good faith and not for purposes of delay.

WHEREFORE, the Non-Parties respectfully requests an Order extending the time until August 18, 2023, to Respond to the Motion to Compel in this matter.

Dated: August 15, 2023

/s/ *Anthony L. Meagher*
Anthony L. Meagher (Bar No. 05710)
Alexa Pauline Ain (Bar No. 30563)
DLA Piper LLP (US)
650 S. Exeter Street
Suite 1100
Baltimore, MD 21202
anthony.meagher@dlapiper.com
alexa.ain@dlapiper.com
(410) 580-3000

*Counsel for Non–Parties*

<h2 style="text-align:center">CERTIFICATE OF SERVICE</h2>

I HEREBY CERTIFY that on this 15th day of August, 2023, a copy of the foregoing Motion was served via the Court's electronic filing system upon all counsel of record including:

William Bosch
Alvin Dunn
Katherine Danial
Anthony Cavanaugh
Pillsbury Winthrop Shaw Pittman, LLP
1200 Seventeenth Street, N.W.
Washington, DC 20036
william.bosch@pillsburylaw.com
alvin.dunn@pillsburylaw.com
katherine.danial @pillsburylaw.com
anthony.cavanaugh@pillsburylaw.com

*Counsel for Plaintiff Rock Spring Plaza*

Rebecca Davis
Arnall Golden Gregory
171 17th Street NW Suite 2100
Suite 2100
Atlanta, GA 30363
Rebecca.davis@agg.com

*Counsel for Defendant
Investors Warranty of America, LLC*

Sara Kropf
Rebecca Guiterman
Kropf Moseley PLLC
100 H Street, N.W.
Suite 1220
Washington, DC 20005
sara@kmlafirm.com
rebecca@kmlawfirm.com

*Counsel for Defendant Rock Springs Drive LLC*

                                               */s/ Anthony L. Meagher*
                                                Anthony L. Meagher