# EXHIBIT C

Message

**From:** Cote, Scott [/O=AEGON/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=795436DED08944109342A1E70FD929DE]
**Sent:** 8/28/2017 1:22:58 PM
**To:** Feltman, David [dfeltman@aegonusa.com]
**Subject:** RE: Rock Springs Approval

Cool, thanks. I'll sign and return.

**From:** Feltman, David
**Sent:** Monday, August 28, 2017 12:01 PM
**To:** Cote, Scott <scote@aegonusa.com>
**Subject:** RE: Rock Springs Approval

Correct. We can remove them as managing member with or without cause.

**From:** Cote, Scott
**Sent:** Monday, August 28, 2017 12:55 PM
**To:** Feltman, David <dfeltman@aegonusa.com>
**Subject:** RE: Rock Springs Approval

Looks like a reasonable option for us and these guys have been helpful on other deals. Based on our track record with the asset, this makes sense to try something new.

If after a certain amount of time, Longshore is not successful turning the property around, can we terminate our monthly payments, the agreement or is this forever? It looks like IWA can fire Longshore whenever it wants? Right?

**From:** Feltman, David
**Sent:** Monday, August 28, 2017 11:38 AM
**To:** Cote, Scott <scote@aegonusa.com>
**Subject:** Rock Springs Approval

Scott – the memo attached authorizes the Rock Springs partnership transaction. Per our discussion, there is a signature line for you, as I am effectively the sponsor for this transaction. Please execute and return to me – or let me know if you have any questions.

