# EXHIBIT E



## Planet Depos
We Make It Happen

**CONFIDENTIAL - CONTAINS ATTORNEYS' EYES ONLY TESTIMONY**

# Transcript of David Feltman, Designated Representive, Volume 2

**Date:** March 17, 2023
**Case:** Rock Spring Plaza II LLC -v- Investors Warranty of America LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

CONFIDENTIAL - CONTAINS ATTORNEYS' EYES ONLY TESTIMONY
Transcript of David Feltman, Designated Representive, Volume 2
Conducted on March 17, 2023                                            684

| | | |
|---|---|---|
| 1 | exercising -- or evaluating exit strategies. Do you | 02:05:26 |
| 2 | remember saying that? | 02:05:29 |
| 3 |     A    I did, yes. | 02:05:31 |
| 4 |     Q    Could you explain why IWA is always | 02:05:32 |
| 5 | evaluating exit strategies with respect to | 02:05:35 |
| 6 | properties? | 02:05:40 |
| 7 |           MR. BOSCH:  Objection to form. | 02:05:40 |
| 8 |           THE WITNESS:  Sure.  IWA wasn't in | 02:05:41 |
| 9 | the business of being a long-term owner | 02:05:42 |
| 10 | of real estate.  And generally in real | 02:05:44 |
| 11 | estate the benefits, the economic | 02:05:46 |
| 12 | benefits, are both cash flow during the | 02:05:49 |
| 13 | term of ownership but also the residual | 02:05:53 |
| 14 | value and benefiting ultimately from the | 02:05:55 |
| 15 | sale of the property, appreciation of the | 02:05:57 |
| 16 | property and residual value. | 02:06:00 |
| 17 |        So when we talk about exit, you | 02:06:02 |
| 18 | know, we're really talking about | 02:06:05 |
| 19 | disposition of a property at the end of | 02:06:07 |
| 20 | its -- whatever its appropriate life | 02:06:10 |
| 21 | cycle is based on maximizing value at | 02:06:13 |
| 22 | that time. | 02:06:16 |