# EXHIBIT G

Case 8:20-cv-01502-PJM   Document 336-7   Filed 08/16/23   Page 2 of 6
30(b)(6) Rock Spring Plaza II, LLC                March 21, 2023
Rock Spring Plaza II, LLC v. Investors Warranty of America, LLC

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CIVIL DIVISION
Civil Action No: 8:20-cv-01502-PJM

ROCK SPRING PLAZA II, LLC,

    Plaintiff,

vs.

INVESTORS WARRANTY OF AMERICA, LLC,
et al.,

    Defendants.

---

VOLUME I - 30(b)(6) VIDEOTAPE DEPOSITION OF
ROCK SPRING PLAZA II, LLC,
CHARLES A. CAMALIER, III

Tuesday, March 21, 2023
8:55 a.m. to 5:48 p.m.

Stenographically reported by:
Shauna T. Dietel, RPR
Registered Professional Reporter

1   Q   Yes. Do you see Paragraph 6?
2   A   Yes.
3   Q   And it says, "Jane Doe defendants" --
4   A   Yes.
5   Q   -- "are certain indi- -- unknown
6   individuals and entities who directed the actions
7   given rise -- giving rise to the fraud conveyance and
8   who personally stand to gain financially from the
9   fraudulent conveyance."
10          Do you see that?
11  A   Yes.
12  Q   Okay. And who are the identity of the Jane
13  Doe defendants?
14  A   Again, right now we're in the middle of
15  discovery, and depending on the outcome of that
16  discovery, we'll be able to identify the Jane Doe
17  defendants after we've completed our discovery.
18  Q   Are you prepared to testify today about the
19  identity of any Jane Doe named in Paragraph 6 of the
20  second amended complaint, or are you not prepared to
21  testify about that today?
22          MR. BOSCH: Objection to form. He just did
23  testify to that.
24  A   I think I've te- -- I testified that we
25  will wait until discovery is completed before we're

```
 1   able to identify the Jane Doe defendants.
 2       Q    (BY MS. KROPF)  All right.  So will you
 3   appear for another deposition on the last day of
 4   discovery so we can ask you this question about Topic
 5   Number 9, the identity of any Jane Doe defendants?
 6            MR. BOSCH:  Objection to form.  Instruct
 7   you not to answer.
 8            MS. KROPF:  Will you have him appear for
 9   another deposition so we can get the answer to that
10   question when discovery is done, since he needs to
11   wait until then?
12            MR. BOSCH:  I'll take it under advisement.
13       Q    (BY MS. KROPF)  Okay.  So sitting here
14   today, though, as the corporate representative, can
15   you identify any Jane Doe defendants that are -- that
16   are alleged in Paragraph 6 of the second amended
17   complaint?
18       A    I believe we've named a number of parties.
19   Again, I know -- as I understand it, Transamerica
20   still is -- maybe is -- there's a tolling agreement.
21   So I believe Transamerica is still a potential Jane
22   Doe.  And, again, there may be others.
23       Q    But you're not prepared today to testify
24   about the identity of any other Jane Doe defendant as
25   alleged in Paragraph 6 of the second amended
```

```
 1   complaint; is that right?
 2       A    As I indicated, there's discovery ongoing,
 3   and until that discovery is concluded, I'm not able
 4   to tell you at this point in time what other Jane Doe
 5   defendants there may be.
 6       Q    Could you -- could you pull out Exhibit 56,
 7   which is the 30(b)(6) notice, please.  It's probably
 8   at the very bottom of that stack.
 9       A    Okay.  I've got it.
10       Q    Okay.  Are there any other topics in that
11   30(b)(6) notice that you are not prepared to testify
12   on today because discovery has not concluded?
13            MR. BOSCH:  Objection to form.  I think
14   you're going to have to ask him specific questions
15   and not ask him to anticipate what your questions may
16   be.
17       Q    (BY MS. KROPF)  No.  I'm just asking
18   whether or not there's any of the -- any of the other
19   topics on that list that you're not prepared to
20   testify about because discovery is not concluded?
21            MR. BOSCH:  Objection to form.
22       A    Again, I think I'm capable of testifying to
23   everything.
24       Q    (BY MS. KROPF)  Well, we got to Topic
25   Number 9, the identity of any Jane Does, you said you
```

```
 1    can't answer that question until discovery is
 2    concluded.
 3         A    That's correct.
 4         Q    Okay.  And I'm asking you, is that true for
 5    any of the other topics on that list?
 6              MR. BOSCH:  Objection to form.
 7         A    I don't know.  If you want to direct me to
 8    a specific paragraph.
 9         Q    (BY MS. KROPF)  Are there any of them that
10    you need to wait for discovery to be finished to --
11    to testify about?
12              MR. BOSCH:  Objection to form.  He asked
13    you to direct him to a specific --
14              MS. KROPF:  How about Topic 1?
15              MR. BOSCH:  This is drafting and
16    negotiation of the ground lease?
17         Q    (BY MS. KROPF)  Do you need to wait for
18    conclusion of discover to testify about that?
19              MR. BOSCH:  And to be clear, to testify
20    about the drafting and negotiations of the ground
21    lease regarding the provisions of the ground lease
22    pertaining to the assignment, correct?
23              MS. KROPF:  That's what your response is,
24    yes.
25              MR. BOSCH:  Yes.
```