# EXHIBIT H

**Davis, Rebecca A.**

**From:** Davis, Rebecca A.
**Sent:** Thursday, June 29, 2023 8:55 PM
**To:** Danial, Katherine T.
**Cc:** Steinberg, Nicole
**Subject:** RE: Meet and Confer - 6/29

Katie, per our call today, I needed to file the motion to quash today because it involves third parties, but I am happy to agree to or enter into a stipulation extending the response time to be more consistent with the other briefing schedules we discussed today.

**Rebecca A. Davis**
Partner



Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.8768
Rebecca.Davis@agg.com | bio | linkedin | vcard | website

**From:** Danial, Katherine T. <katherine.danial@pillsburylaw.com>
**Sent:** Tuesday, June 27, 2023 2:14 PM
**To:** Davis, Rebecca A. <Rebecca.Davis@AGG.com>
**Cc:** Steinberg, Nicole <nicole.steinberg@pillsburylaw.com>
**Subject:** [EXTERNAL] Re: Meet and Confer - 6/29

Thank you for the quick reply! If you think it's more efficient, should we plan to have everyone on the call instead of two separate meet and confers? I am happy to do it either way. Let me know what works best for you and Sara.

Best,
Katie

Sent from my iPhone

> On Jun 27, 2023, at 1:57 PM, Davis, Rebecca A. <rebecca.davis@agg.com> wrote:
>
> Hi Katie, I should have responded to Sara's email and confirmed I was in agreement. Thanks for following up. I am fine with 2:30 on Thursday. I will get with Sara and see about one email from us regarding one joint list of topics from defendants – my hope being that it will help streamline. Thanks, Rebecca

1

**Rebecca
A. Davis**   <image001.jpg>
**Partner**

Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.8768
Rebecca.Davis@agg.com | bio |
linkedin | vcard | website
<image002.jpg>

**From:** Danial, Katherine T. <katherine.danial@pillsburylaw.com>
**Sent:** Tuesday, June 27, 2023 1:29 PM
**To:** Davis, Rebecca A. <Rebecca.Davis@AGG.com>
**Cc:** Steinberg, Nicole <nicole.steinberg@pillsburylaw.com>
**Subject:** [EXTERNAL] Meet and Confer - 6/29

Hi Rebecca,

I just sent you an invite for our meet and confer on Thursday. Both Nicole and I are flexible, so please feel free to propose another time on Thursday if 2:30pm doesn't work for you. We will be circulating our list of topics for the meet and confer by EOD.

Best,
Katie


**Katherine T. Danial** | Senior Associate
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW | Washington, DC 20036-3006
t +1.202.663.8105 | f +1.202.354.5220
katherine.danial@pillsburylaw.com | website bio
<image003.png>
<image004.png>


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this

message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.