**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| ROCK SPRING PLAZA II, LLC, | ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 20-cv-01502-PJM |
| INVESTORS WARRANTY OF AMERICA, LLC, et al., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

This Court, having considered Defendant Rock Springs Drive LLC's Motion for Leave to Take the Deposition of William Bosch, any opposition thereto, and the entire record herein, IT IS HEREBY ORDERED that the Motion is GRANTED.


Dated: _____, 2023


_____
Judge