## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Rock Spring Plaza II, LLC,**<br><br>        **Plaintiff,**<br><br>       **v.**<br><br>**Investors Warranty of America, LLC, et al.,**<br><br>        **Defendants.** | **Civil Action No. 8:20-cv-01502-PJM** |

### EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S AUGUST 17, 2023 ORDER [ECF 340]

Defendant Investors Warranty of America, LLC ("IWA"), by and through its attorneys, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 105.9, moves on an emergency basis for an Order extending the time to produce documents pursuant to the Court's August 17, 2023 Order [ECF 340] (the "Order").

The Discovery Order provides that "[w]ithin ten (10) days of the Order, that IWA and its counsel are to produce to Plaintiff the documents docketed in the case as ECF No. 288-1." Accordingly, IWA would need to either produce documents or seek relief from the appellate court by Monday, August 28, 2023. The Order further provides that if the documents are not produced, Plaintiff then may file a motion to hold IWA and/or its counsel in contempt.

IWA plans to file a Petition for Writ of Mandamus with the Fourth Circuit of Appeal, and therefore respectfully requests a ten (10) day extension so that it may properly brief the matter and not file an emergency motion to stay with the appellate court. The extension would further avoid the inefficiency of unnecessary motions if the appellate court did decide to consider the petition.

Pursuant to Rule 105.9, IWA has received the consent of Defendant Rock Springs Drive, LLC for the requested extension. IWA received the attached response from Plaintiff Rock Spring Plaza II, LLC's counsel (which it requested that IWA include), who has advised that Plaintiff does not consent to this motion, but will not file a response to this motion.

This is the first request for an extension of time to respond to the Order. No prejudice will result to any party from the requested extension of time. This motion is filed in good faith and not for purposes of delay.

WHEREFORE, IWA respectfully requests an Order extending the time to respond to the August 17, 2023 Order to up and through September 7, 2023.

Dated:  August 22, 2023                    Respectfully Submitted,

                                           ARNALL GOLDEN GREGORY LLP

                                           */s/Rebecca A. Davis*
                                           Rebecca A. Davis, Bar No. 23183
                                           Rebecca.davis@agg.com
                                           171 17th Street NE, Suite 2100
                                           Atlanta, Georgia 30363
                                           Telephone:  (404) 873-8768
                                           Facsimile:  (404) 873-8769

                                           *Counsel for Defendant Investors Warranty of America, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Rock Spring Plaza II, LLC,**<br><br>            **Plaintiff,**<br><br>     v.<br><br>**Investors Warranty of America, LLC, et al.,**<br><br>            **Defendants.** | Civil Action No. 8:20-cv-01502-PJM |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2023, I served the foregoing EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S AUGUST 17, 2023 ORDER [ECF 340] via the electronic email to all counsel of record.

Dated: August 22, 2023                    */s/Rebecca A. Davis*
                                                              Rebecca A. Davis