**Davis, Rebecca A.**

| | |
|---|---|
| **From:** | Bosch, William M. <william.bosch@pillsburylaw.com> |
| **Sent:** | Tuesday, August 22, 2023 5:07 PM |
| **To:** | Davis, Rebecca A.; Steinberg, Nicole |
| **Cc:** | Sara Kropf; Rebecca Guiterman; Cavanaugh, Anthony F.; Dunn, Alvin; Danial, Katherine T. |
| **Subject:** | [EXTERNAL] RE: 8:20-cv-01502-PJM Rock Spring Plaza II, LLC v. Investors Warranty of America, LLC et al - Motion for Extension of Time to Respond to August 17, 2023 Order |

Thanks for sharing, Rebecca.  I'd just ask that you insert the word "defendant" before RSD in this sentence:

Pursuant to Rule 105.9, IWA has received the consent of <span style="color:red">defendant</span> Rock Springs Drive, LLC for the requested extension.

With that change, we do not consent but will not submit an opposition.

Regards -- BB


**William M. Bosch** | Partner
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW | Washington, DC 20036-3006
t +1.202.663.9392 | m +1.703.407.9448
william.bosch@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES
MIAMI   NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH
SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC




---

**From:** Davis, Rebecca A. <Rebecca.Davis@AGG.com>
**Sent:** Tuesday, August 22, 2023 4:58 PM
**To:** Bosch, William M. <william.bosch@pillsburylaw.com>; Steinberg, Nicole <nicole.steinberg@pillsburylaw.com>
**Cc:** Sara Kropf <sara@kmlawfirm.com>; Rebecca Guiterman <rebecca@kmlawfirm.com>; Cavanaugh, Anthony F. <anthony.cavanaugh@pillsburylaw.com>; Dunn, Alvin <alvin.dunn@pillsburylaw.com>; Danial, Katherine T. <katherine.danial@pillsburylaw.com>
**Subject:** RE: 8:20-cv-01502-PJM Rock Spring Plaza II, LLC v. Investors Warranty of America, LLC et al - Motion for Extension of Time to Respond to August 17, 2023 Order

Bill, please see attached and let me know if you are in agreement.  Thank you.


**Rebecca A. Davis**
**Partner**

Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.8768

1

Rebecca.Davis@agg.com | bio | linkedin | vcard | website

---

**From:** Bosch, William M. <william.bosch@pillsburylaw.com>
**Sent:** Tuesday, August 22, 2023 4:48 PM
**To:** Davis, Rebecca A. <Rebecca.Davis@AGG.com>; Steinberg, Nicole <nicole.steinberg@pillsburylaw.com>
**Cc:** Sara Kropf <sara@kmlawfirm.com>; Rebecca Guiterman <rebecca@kmlawfirm.com>; Cavanaugh, Anthony F. <anthony.cavanaugh@pillsburylaw.com>; Dunn, Alvin <alvin.dunn@pillsburylaw.com>; Danial, Katherine T. <katherine.danial@pillsburylaw.com>
**Subject:** [EXTERNAL] RE: 8:20-cv-01502-PJM Rock Spring Plaza II, LLC v. Investors Warranty of America, LLC et al - Motion for Extension of Time to Respond to August 17, 2023 Order

Dear Counsel –

I am confirming receipt of the following filings and demands that came in within minutes of each other this afternoon:

- At 3:53pm, we received notice that defendants filed a motion seeking leave to take the deposition of William Bosch, lead counsel for plaintiff (i.e., me);

- At 3:56pm, we received notice that IWA will be seeking a 10-day extension from the District Court so that it can pursue a writ of mandamus with respect to the Court's August 17, 2023, order directing disclosure of documents bearing on the fraudulent conveyance from IWA to RSD, and requesting our consent "within the hour;"

- At 3:59 pm, we received notice that defendants have reneged on their agreement to rely on a Rule 31 deposition upon written questions directed to 90-year old Ann Camalier (which was never actually noticed), notwithstanding the physician's letter we sent several months ago and her submission of a declaration making clear she has no information bearing on the topics you identified, and now seek to subpoena her to appear for cross-examination several weeks **after** the close of discovery; and

- At 4:09 pm, we received additional written discovery from RSD on irrelevant topics, weeks (if not months) after the issue had been exhaustively discussed and (we thought) put to bed.

We will address the substance of these Rambo-style litigation tactics in due course.  For the time being, I wish to advise that Plaintiff does not consent to the requested motion for extension, and subject to its review of said motion likely will not be filing a response provided that IWA submits this email with its motion to the Court.

– Bill Bosch


**William M. Bosch** | Partner
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW | Washington, DC 20036-3006
t +1.202.663.9392 | m +1.703.407.9448
william.bosch@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES
MIAMI   NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH
SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC




---

**From:** Davis, Rebecca A. <Rebecca.Davis@AGG.com>
**Sent:** Tuesday, August 22, 2023 3:56 PM
**To:** Steinberg, Nicole <nicole.steinberg@pillsburylaw.com>
**Cc:** Sara Kropf <sara@kmlawfirm.com>; Rebecca Guiterman <rebecca@kmlawfirm.com>; Bosch, William M. <william.bosch@pillsburylaw.com>; Cavanaugh, Anthony F. <anthony.cavanaugh@pillsburylaw.com>; Dunn, Alvin <alvin.dunn@pillsburylaw.com>; Danial, Katherine T. <katherine.danial@pillsburylaw.com>
**Subject:** RE: 8:20-cv-01502-PJM Rock Spring Plaza II, LLC v. Investors Warranty of America, LLC et al - Motion for Extension of Time to Respond to August 17, 2023 Order

Counsel, IWA will be filing a petition for writ of mandamus with respect to the August 17, 2023, and intends to file a motion for a 10-day extension with the District Court.  Can you please advise within the hour whether you will consent to that 10-day extension?  Thank you, Rebecca


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from

disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.