IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Rock Spring Plaza II, LLC,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**Investors Warranty of America, LLC, et al.,**<br><br>      **Defendants.** | **Civil Action No. 8:20-cv-01502-PJM** |

**ORDER**

Upon consideration of Defendant Investors Warranty of America, LLC's ("IWA") Emergency Motion for Extension of Time to Respond to Court's August 17, 2023 Order [ECF 340], it is this ____ day of _____, 2023, by the District Court for the District of Maryland hereby,

ORDERED, that the Motion is Granted; and it is further

ORDERED, that IWA's deadline to respond to the August 17, 2023 Order is extended to up and through September 7, 2023.

                                                                                                    _____
                                                                                                    Judge Peter J. Messitte