IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| ROCK SPRING PLAZA II, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INVESTORS WARRANTY OF AMERICA, LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 20-cv-01502-PJM |

**[PROPOSED] ORDER**

This Court, having considered Defendant Rock Springs Drive LLC's Motion to Quash Subpoena on Nonparty Aprio LLP, any opposition thereto, and the entire record herein, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated: _____, 2023

_____
Judge