IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rock Spring Plaza II, LLC,

    Plaintiff,

v.

Investors Warranty of America, LLC,
et al.,

    Defendants.

Civil Action No. 8:20-cv-01502-PJM

## ORDER

Upon consideration of Defendant Investors Warranty of America, LLC's ("IWA") Emergency Motion for Extension of Time to Respond to Court's August 17, 2023 Order [ECF 340], it is this 23 day of Aug, 2023, by the District Court for the District of Maryland hereby,

ORDERED, that the Motion is Granted; and it is further

ORDERED, that IWA's deadline to respond to the August 17, 2023 Order is extended to up and through September 7, 2023.

_____
Judge Peter J. Messitte