**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Rock Spring Plaza II, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 8:20-cv-01502-PJM |
| | ) | |
| v. | ) | |
| | ) | |
| **Investors Warranty of America, LLC,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT INVESTORS WARRANTY OF AMERICA, LLC'S SUPPLEMENTAL NOTICE OF RULE 30(b)(6) DEPOSITION OF PLAINTIFF ROCK SPRING PLAZA II, LLC

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), Defendant Investors Warranty of America, LLC ("IWA") will take the deposition of Plaintiff Rock Spring Plaza II, LLC ("Plaintiff"), on March 21, 2023, at a final location to be determined in Naples, Florida, commencing at 9:00 a.m., or on such other date and at such other time as the parties hereafter agree.

Pursuant to Rule 30(b)(6), Plaintiff must designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the topics identified on the attached Exhibit A. To the extent that any documents not previously produced in this litigation are reviewed by the designee(s), those documents must be brought to the deposition. IWA requests that Plaintiff identify its designee(s) for each topic no later than ten (10) days prior to the commencement of the deposition. This deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by video, audio and/or stenographically. IWA reserves the right to use such video and audio testimony at trial. If the deposition is not completed on said date, the taking thereof shall continue from day to day

thereafter, at the same time and place (excluding Saturdays, Sundays, and Federally recognized Holidays) until completed.

DATED:  February 26, 2023              Respectfully submitted,

                                       SEYFARTH SHAW LLP


                                       By: */s/ Rebecca A. Davis*
                                           Rebecca A. Davis, Bar No. 23183
                                           rdavis@seyfarth.com


SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

Attorneys for Defendant
INVESTORS WARRANTY OF AMERICA, LLC

## EXHIBIT A

## 30(b)(6) Deposition Exhibit
### Definitions

(1)     "Plaintiff" shall mean Rock Spring Plaza II, LLC, and such term shall include its predecessor-in-interest, its members, directors, subsidiaries, parents, affiliates, divisions, licensees, agents, servants, employees, representatives, officers, directors, accountants, attorneys, asset managers and property managers, and any other persons or entities under Plaintiff's control, or acting or purporting to act on behalf of Plaintiff.

(2)     "IWA shall mean Investors Warranty of America, LLC, and any of its members, directors, subsidiaries, parents, affiliates, divisions, licensees, agents, servants, employees, representatives, officers, directors, accountants, attorneys, asset managers and property managers, and any other persons or entities under IWA's control, or acting or purporting to act on behalf of IWA.

(3)     "RSD" shall mean Rock Springs Drive, LLC, and any of its members, directors, subsidiaries, parents, affiliates, divisions, licensees, agents, servants, employees, representatives, officers, directors, accountants, attorneys, asset managers and property managers, and any other persons or entities under RSD's control, or acting or purporting to act on behalf of RSD.

(4)     "Ground Lease" shall mean the Amended and Restated Ground Lease Indenture dated November 14, 1990, between Plaintiff's predecessor-in-interest, Anne Camalier, and Rock Spring II Limited Partnership for the land located at 6560 Rock Spring Drive, Bethesda, Maryland, a true and correct copy of which was attached as Exhibit 1 to IWA's Motion to (ECF-13-2)

(5)     "Estoppel Agreement" means that Ground Lessor Estoppel and Non-Disturbance Agreement dated June 2, 2006, attached as Exhibit 2 to IWA's Motion to Dismiss (ECF-13-3).

(6)     "Original Tenant" refers to Rock Spring II Limited Partnership, its subsidiaries, parents, affiliates, divisions, licensees, agents, servants, employees, representatives, officers, directors, accountants, attorneys, and investigators and any other persons or entities under Rock Spring II Limited Partnership's control, or acting or purporting to act on behalf of IWA.

(7)     "Leasehold Estate" shall mean the leasehold estate created by the Ground Lease.

(8)     "Property" shall refer to the property located at 6560 Rock Spring Rd, Bethesda, Maryland.

(9)     "Loan" shall mean the loan made to Rock Spring II Limited Partnership, as reflected in that certain Amended Restated Leasehold Deed of Trust, Mortgage Deed of Trust dated June 2, 2006.

(10)   "Assignment" shall refer to the assignment of the Ground Lease by IWA to RSD, and RSD's assumptions of the obligations of the Ground Lease, dated August 31, 2017.

## Subject Matters of Inquiry

(1)   Drafting and negotiation of the Ground Lease.

(2)   Negotiation and execution of the Estoppel Agreement.

(3)   Attempts to sublease the Property, lease the Property or secure income from January 1, 2017, to the present.

(4)   Any defaults of the Ground Lease by RSD or IWA.

(5)   Plaintiff's demands, knowledge or claims regarding:

    a.   any requirement for a certain capitalization level for RSD or type of funding source for operations;
    b.   any requirement that RSD sublease the building;
    c.   any requirement that RSD use the building for a certain business purposes; and
    d.   any requirement that RSD earn any amount of income or generate revenue from the Leasehold Estate.

(6)   Any communications, offers or agreements with any person or entity to act as a guarantor or surety of the Ground Lease, including as to any requirement of a guarantor or surety for the assignment of the Ground Lease.

(7)   The Assignment and any objections by Plaintiff thereto.

(8)   Plaintiff's knowledge of, and communications with, RSD from 2017 to the present regarding:

    a.   RSD's capitalization;
    b.   RSD's business purpose;
    c.   potential tenants or subtenants; and
    d.   Identity of principals

(9)   The identify of any Jane Does named in Paragraph 6 of the Second Amended Complaint and all facts in support of including them as defendants.

(10)   Plaintiff's communications with Rock Spring Properties, brokers, potential tenants, potential subtenants, and any other person regarding the leasing or selling of the Property between January 1, 2016, to the Present.

(11)   The facts in support of Plaintiff's claim that the Assignment was a fraudulent conveyance, and any other facts to support any allegation of fraud against either of the Defendants or any non-party or former party with respect the Assignment.

(12)     Plaintiff's agreements with brokers regarding the leading, selling, marketing or any other activities with respect to the Property.

(13)     Plaintiff's communications with RSD since the date of the Assignment and before the Complaint was filed including communications involving Plaintiff's counsel and Rock Spring Properties.

(14)     Plaintiff's communications with IWA since the date of the Assignment and before the filing of the Complaint, including communications involving Plaintiff's counsel and Rock Spring Properties.

(15)     The decision-making authority of (i) Anne Camalier; (ii) Charles Camalier, III; and (iii) F. Davis Camalier with respect to the Ground Lease.

(16)     Plaintiff's corporate structure, including Plaintiff's direct subsidiaries and Plaintiff's parent companies, members or owners.

(17)     The retention of legal counsel in connection with the:

    a.     the Estoppel Agreement;
    b.     the Assignment;
    c.     the instant litigation; and
    d.     Attempts to lease, sell or sublease the Property since the Assignment.

(18) Forecasts, budgets, appraisals, market assessments in connection with the Property from 2017 to the present, whether prepared by Plaintiff or a third party.

(19) Plaintiff's plans/strategies with respect to the Property and the Ground Lease from and after 2016.

(20)     Analyses of income, expenses, profits and losses in connection with the Property or the Ground Lease from and after 2016.

(21)     Plaintiff's search for and production of documents in connection with this lawsuit and its written responses to discovery requests.

(22)     Communications with any other person or parties (including Plaintiff's members, representatives, property managers, asset managers, parents and affiliates) regarding Plaintiff's claims and defenses in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |
|---|---|
| ROCK SPRING PLAZA II, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INVESTORS WARRANTY OF AMERICA, )<br>LLC, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 20-cv-01502-PJM |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2023, true and accurate copies of the foregoing **DEFENDANT INVESTORS WARRANTY OF AMERICA, LLC'S SUPPLEMENTAL NOTICE OF RULE 30(b)(6) DEPOSITION OF PLAINTIFF ROCK SPRING PLAZA II, LLC** was served via electronic transmission to all counsel of record.

By: /s/ *Rebecca A. Davis*
Rebecca A. Davis, Bar No. 23183