IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Rock Spring Plaza II, LLC,**<br><br>        Plaintiff,<br><br>   v.<br><br>**Investors Warranty of America, LLC, et al.,**<br><br>        Defendants. | Civil Action No. 8:20-cv-01502-PJM |

**Certification Pursuant to Rule 45, and Local Rule 104.7**

Pursuant to Federal Rule of Civil Procedure 45 and Local Rule 104.7, counsel for Investor's Warranty of America, LLC ("IWA"), Rebecca A. Davis, certifies that on June 29, 2023 counsel for IWA emailed correspondence to counsel for Plaintiff Rock Spring Plaza II, LLC ("Plaintiff") regarding deficiencies in the deposition responses of Plaintiff's corporate witness, Charles Camalier, III, and deficiencies in deposition responses of Mr. Camalier in his individual deposition. Counsel for IWA and Plaintiff, along with counsel for Rock Springs Drive, LLC ("RSD") held a meet and confer on that same day. On August 9, 2023, counsel for IWA sent a second letter to counsel for Plaintiff further identifying the deposition deficiencies. On August 28, 2023, counsel for IWA, RSD and Plaintiff engaged in another meet and confer, and were unable to resolve their discovery dispute.

IWA and RSD have made a good faith effort to resolve the discovery matters at issue in Defendants' Joint Motion to Compel Deposition Testimony of Charles Camalier, III.

                                                          /s/ Rebecca A. Davis
                                                          Rebecca A. Davis, Bar No. 23183