IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Rock Spring Plaza II, LLC,**<br><br>           **Plaintiff,**<br><br>     **v.**<br><br>**Investors Warranty of America, LLC, et al.,**<br><br>           **Defendants.** | **Civil Action No. 8:20-cv-01502-PJM** |

### [PROPOSED] ORDER

Upon consideration of Defendants' Joint Motion to Compel Deposition Testimony of Charles Camalier, III (the "Motion"), it is this \_\_\_\_ day of _____, 2023, hereby **ORDERED** by the District Court for the District of Maryland that the Motion is **GRANTED.**

_____
Judge Peter J. Messitte