IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| ROCK SPRING PLAZA II, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 20-cv-01502-PJM |
| INVESTORS WARRANTY OF AMERICA, LLC, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**[PROPOSED] ORDER**

This Court, having considered Defendant Rock Springs Drive LLC's Motion for Leave to Amend Affirmative Answers, any opposition thereto, and the entire record herein, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated: _____, 2023

_____
Judge