# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Rock Spring Plaza II, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**Investors Warranty of America, LLC, et al.,**<br><br>    **Defendants.** | **Civil Action No. 8:20-cv-01502-PJM** |

## [Proposed] ORDER

Upon consideration of Defendant Investors Warranty of America, LLC's ("IWA") Motion to Stay Compliance with Production Order ("Motion") [ECF 350], it is this ____ day of _____, 2023, by the District Court for the District of Maryland hereby,

ORDERED, that the Motion is Granted; and it is further

ORDERED, that the effect of the August 17, 2023 Order ("Production Order") is stayed and, until such time as the Fourth Circuit Court of Appeals resolves IWA's Petition for Writ of Mandamus, the Court will (i) not consider any motion for contempt filed by any party and (ii) IWA shall not be required to produce any documents subject to the Production Order.

_____
Judge Peter J. Messitte