IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROCK SPRING PLAZA II, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>INVESTORS WARRANTY OF AMERICA, LLC, et al.,<br>　　　　Defendants. | Civil Action No. 8:20-cv-01502-PJM |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant Rock Springs Drive LLC's ("RSD") Motion for Leave to Take the Deposition of William Bosch (ECF 343) ("Motion"). Upon review of the Motion, Plaintiff's response, any reply, and the record in this case, and for good cause shown, it is hereby

**ORDERED** that the relief requested in the Motion is **DENIED**.

ENTERED this ___ day of _____, 2023.

_____
The Honorable Peter J. Messitte
United States District Judge