IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |
|---|---|
| ROCK SPRING PLAZA II, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil Action No. 20-cv-01502-PJM |
| INVESTORS WARRANTY OF AMERICA, LLC, et al., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANT ROCK SPRINGS DRIVE LLC'S NOTICE OF WITHDRAWAL OF
MOTION TO QUASH SUBPOENA TO NONPARTY APRIO LLP**

After it received Defendant Rock Springs Drive LLC's (RSD) Motion to Quash in this Court (Dkt. 345) and nonparty Aprio LLP's motion to quash in the U.S. District Court for the Northern District of Georgia, Plaintiff withdrew its subpoena to Aprio. Discovery in this case has now closed. Because Plaintiff withdrew its subpoena to Aprio and discovery has closed, RSD withdraws its motion to quash the subpoena to Aprio.

Dated: September 11, 2023

/s/ Sara E. Kropf
Sara E. Kropf (Bar No. 26818)
Rebecca Guiterman (*pro hac vice*)
Kropf Moseley PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com
rebecca@kmlawfirm.com

*Attorneys for Rock Springs Drive LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2023, the foregoing notice was served through the Court's electronic filing system.

/s/ Sara E. Kropf
Sara E. Kropf