IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROCK SPRING PLAZA II, LLC<br><br>       Plaintiff,<br><br>  v.<br><br>INVESTORS WARRANTY OF AMERICA, LLC, et al.,<br>       Defendants. | Civil Action No. 8:20-cv-01502-PJM |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant Investors Warranty of America, LLC ("IWA") and Defendant Rock Springs Drive LLC's ("RSD," collectively with IWA, "Defendants") Joint Motion to Compel Deposition Testimony of Charles Camalier, III (the "Joint Motion"). (Dkt. 347). The Court having considered the matter, it is hereby

**ORDERED** that Defendants' Joint Motion (Dkt. 347) is **DENIED.**

ENTERED this ___ day of _____, 2023.

 

_____
The Honorable Peter J. Messitte
United States District Judge