IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |
|---|---|
| ROCK SPRING PLAZA II, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>INVESTORS WARRANTY OF AMERICA, LLC, et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 20-cv-01502-PJM |

**MEMORANDUM IN RESPONSE TO DISCOVERY ORDER**

Investor's Warranty of America, LLC, by and through its attorneys, submits this memorandum responding to the Court's Order dated October 24, 2023, ordering IWA to file any further written objections to "Request No. 6," as set forth in the subpoenas served by Plaintiff Rock Spring Plaza II, LLC ("Plaintiff") on non-parties Transamerica Corporation, Transamerica Life Insurance Company, and Transamerica Financial Life Insurance Company (collectively, the "Non-Parties").

Request No. 6 seeks from the Non-Parties "[a]ll documents constituting, referencing or regarding any disposition list related to IWA's Ground Lease interest in the Property and/or IWA's interest in RSD and any exit strategy or disposition related to IWA's Ground Lease interest in the Property and/or IWA's interest in RSD." Request No. 6, which IWA has already addressed in its own discovery responses, is an improper fishing expedition.

A disposition list is "a list of properties . . . targeted for sale." IWA Dep. Tr., Vol. 1, 191:17-20, excerpts of which are attached as Ex. A. An "exit strategy" is a plan to sell a property. *Id*. at 181:20-182:21. Plaintiff took the deposition of IWA corporate witness, David Feltman, and during

that two-day deposition, Mr. Feltman consistently testified that there was no exit strategy ever planned or implemented with respect to the Property. *See*, e.g., *id*. at 184:1-12.

Since there was no "exit strategy," and there was no disposition through a sale of the Property, Plaintiff's demands for the Non-Parties to review their records for something that does not exist is no more than an expensive wild goose chase. Furthermore, if any such documents did exist, they have already been searched for and produced by IWA since Mr. Feltman was the ultimate decision-maker with regard to any "exit strategy" or "disposition." IWA Dep., Vol. I, 56:2-10. Plaintiff has no evidence to suggest that IWA has not produced all responsive documents. Accordingly, there is no reasonable basis for requiring the Non-Parties to conduct searches for the same information that, if it existed, would already have been produced by IWA in discovery three years ago.

Dated: November 2, 2023                                       Respectfully submitted,

/s/ *Rebecca A. Davis*
Rebecca A. Davis (Bar No. 23183)
rebecca.davis@agg.com
171 17th Street NE, Suite 2100
Atlanta, Georgia 30363
Telephone:  (404) 873-8768
Facsimile:  (404) 873-8769

*Attorney for Investors Warranty of America, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November 2023, the foregoing motion was served through the court's electronic filing system on all counsel of record.

                                                /s/ Rebecca A. Davis
                                                Rebecca A. Davis