UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC, et al.</u>
No. 20-cv-1502

DATE: December 4, 2022

* * *

The Court is in receipt of Plaintiff Rock Spring Plaza II, LLC ("Plaza")'s Motion for Scheduling Order (ECF No. 383). Defendants have filed an opposition (ECF No. 394).

Plaza's Motion requests that the Court set a briefing schedule for the parties' anticipated motions for summary judgment. Defendants oppose on the grounds that the U.S. Court of Appeals for the Fourth Circuit is still considering Investors Warranty of America, LLC ("IWA")'s petition for a writ of mandamus regarding the Court's Order of August 17, 2023, which found that certain communications sought in discovery by Plaza fit within the crime-fraud exception to the attorney-client privilege and should be disclosed to Plaza.

In the Court's view, the interests of judicial economy will be best served through a single round of summary judgment briefing.

Accordingly, the Court **DENIES** Plaza's Motion for Scheduling Order (ECF No. 383), and **DEFERS**, for now, setting a schedule for the filing of dispositive motions following a decision of the Fourth Circuit on IWA's appeal.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record