**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC, et al.</u>
No. 20-cv-1502

DATE: February 21, 2024

\* \* \*

The Court has learned that the U.S. Court of Appeals for the Fourth Circuit recently granted in part and denied in part Investors Warranty of America, LLC ("IWA")'s petition for mandamus. The Fourth Circuit order grants the petition insofar as this Court is directed to "vacate its Production Order" but denies IWA's "request for an order directing the district court to maintain certain information under seal and to reassign the case upon remand." Doc. No. 34, *In re: Investors Warranty of America, LLC*, No. 23-1928 (4th Cir. Feb. 21, 2024).

Aside from vacating the Production Order, the Fourth Circuit's order is ambiguous as to precisely what next steps this Court should take.

Accordingly, the Court **SCHEDULES** a telephone conference with counsel for the parties to discuss the Fourth Circuit's decision tomorrow, February 22, 2024, at 2:30 p.m.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record