

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

William M. Bosch
tel: +1.202.663.9392
william.bosch@pillsburylaw.com

March 4, 2024

Via CM/ECF
Hon. Peter Messitte
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Suite 475A
Greenbelt, MD 20770

Re: ***Rock Spring Plaza II, LLC v. Investors Warranty of America, LLC et al.*, In the United States District Court for the District Court of Maryland, Civil Action No. 8:20-cv-01502-PJM**

Dear Judge Messitte,

We write to advise the Court that Plaintiff Rock Spring Plaza II, LLC ("Plaza") and non-parties Transamerica Life Insurance Company ("TLIC"), Transamerica Financial Life Insurance Company ("TFLIC"), and the Transamerica Corporation (collectively, the "Transamerica Entities") have reached agreement that the Transamerica Entities will complete their production of documents pursuant to Magistrate Judge Simms's orders (ECF Nos. 376 and 382) by **March 31, 2024.**

This agreement obviates the need for the motion to compel contemplated by the Court in its February 22, 2024, Memorandum Order (ECF No. 389).

Respectfully submitted,

*/s/ William M. Bosch*
William M. Bosch
Anthony Cavanaugh
Alvin Dunn
Katherine Danial
Nicole Steinberg
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
(202) 663-8000

*/s/ Anthony L. Meagher*
Anthony L. Meagher
Alexa Pauline Ain
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
anthony.meagher@us.dlapiper.com
alexa.ain@us.dlapiper.com
(410) 580-3000

william.bosch@pillsburylaw.com
anthony.cavanaugh@pillsburylaw.com
alvin.dunn@pillsburylaw.com
katherine.danial@pillsburylaw.com
nicole.steinberg@pillsburylaw.com

*Counsel for Plaintiff Rock Spring Plaza II, LLC*

*Counsel for Non-Parties Transamerica Corporation, Transamerica Life Insurance Company, and Transamerica Financial Life Insurance Company*