# EXHIBIT A

**General Docket**
**United States Court of Appeals for the Fourth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 23-1928 | **Docketed:** 09/07/2023 |
| In re: Investors Warranty of America, LLC | **Termed:** 02/21/2024 |
| **Appeal From:** United States District Court for the District of Maryland at Greenbelt | |
| **Fee Status:** fee paid | |

**Case Type Information:**
   1) Mandamus
   2) mand
   3) null

**Originating Court Information:**
   **District:** 0416-8 : 8:20-cv-01502-PJM
   **Court Reporter:** Renee Ann Ewing, Official Court Reporter
   **Court Reporter:** Patricia K. Klepp, Official Court Reporter
   **Court Reporter:** Marlene Martin-Kerr, Official Court Reporter (Inactive)
   **Court Reporter:** Trish Mitchell, Official Court Reporter
   **Court Reporter:** Camille Powell, Court Reporter Coordinator
   **Court Reporter:** Rebecca Stonestreet, Official Court Reporter
   **Court Reporter:** Ronda J. Thomas, Official Court Reporter
   **Respondent Judge:** Peter J. Messitte, Senior U. S. District Court Judge
   **Ordering Judge:** Gina Simms, U. S. Magistrate Judge
   **Date Rec'd COA:**
   09/06/2023

**Prior Cases:**
   None

**Current Cases:**
   None

| | |
|---|---|
| In re: INVESTORS WARRANTY OF AMERICA, LLC<br>       Petitioner<br><br>----------------------------- | Rebecca Allison Davis<br>Direct: 404-873-8500<br>Email: rebecca.davis@agg.com<br>[COR NTC Retained]<br>ARNALL, GOLDEN & GREGORY LLP<br>Suite 2100<br>171 17th Street N.W.<br>Atlanta, GA 30363-1031<br><br>Rebecca Guiterman<br>Direct: 202-627-6900<br>Email: rebecca@kmlawfirm.com |

[NTC Retained]
KROPF MOSELEY PLLC
#1220
1100 H Street NW
Washington, DC 20005

Sara Elizabeth Kropf
Direct: 202-627-6900
Email: sara@kmlawfirm.com
[NTC Retained]
KROPF MOSELEY PLLC
1100 H Street NW
Washington, DC 20005

William M. Bosch
Direct: 202-663-9392
Email: william.bosch@pillsburylaw.com
[COR NTC Retained]
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 17th Street, NW
Washington, DC 20036

Anthony F. Cavanaugh
Direct: 202-663-8142
Email: anthony.cavanaugh@pillsburylaw.com
[NTC Retained]
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 17th Street, NW
Washington, DC 20036

Katherine Theresa Danial
Direct: 202-663-8105
Email: katherine.danial@pillsburglaw.com
[NTC Retained]
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 17th Street, NW
Washington, DC 20036

Alvin Bertram Dunn
Direct: 202-663-8355
Email: alvin.dunn@pillsburylaw.com
[NTC Retained]
PILLSBURY WINTHROP SHAW PITTMAN

|  | LLP<br>1200 17th Street, NW<br>Washington, DC 20036<br><br>Nicole Steinberg<br>Direct: 202-663-8151<br>Email: nicole.steinberg@pillsburylaw.com<br>[NTC Retained]<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1200 17th Street, NW<br>Washington, DC 20036<br><br>Alexa Pauline Ain<br>Direct: 410-215-5105<br>Email: alexa.ain@us.dlapiper.com<br>[NTC Retained]<br>DLA PIPER US LLP<br>1 Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-0000<br><br>Anthony Linn Meagher<br>Direct: 410-580-3000<br>Email: anthony.meagher@us.dlapiper.com<br>[NTC Retained]<br>DLA PIPER US LLP<br>650 South Exeter Street<br>Baltimore, MD 21202 |
|---|---|
| In re: INVESTORS WARRANTY OF AMERICA, LLC<br><br>     Petitioner | |

| 09/06/2023 | 3 | SEALED DOCUMENT (court access only) by Investors Warranty of America, LLC. Document type: MOTION FOR WRIT OF MANDAMUS [1001435378]. Date and manner of service: 09/06/2023 ecf. Filed Ex parte: Y. [1001435378] [23-1928] CP [Entered: 09/08/2023 09:28 AM] |
|---|---|---|
| 09/06/2023 | 11 | SEALED DOCUMENT (court access only) by Rock Springs Drive, LLC. Document type: Exhibit K - Response to Motion for Partial Summary Judgment. Filed Ex parte: N. [1001435738] [23-1928] CP [Entered: 09/08/2023 12:34 PM] |
| 09/06/2023 | 4<br>652 pg, 235.93 MB | Exhibit(s) [3] Motion for writ of mandamus, [3] sealed document by Investors Warranty of America, LLC. [1001435444] [23-1928] CP [Entered: 09/08/2023 09:57 AM] |

4

| | | |
|---|---|---|
| 09/08/2023 | 1<br>1 pg, 56.28 KB | Case docketed. Originating case number: 8:20-cv-01502-PJM. Case manager: CPoulsen. [1001435340] [23-1928] CP [Entered: 09/08/2023 08:58 AM] |
| 09/08/2023 | 2 | Electronic filing fee paid. Filing Fee: $500.00. Receipt Number: A04-74356-171. [1001435344] [23-1928] CP [Entered: 09/08/2023 09:00 AM] |
| 09/08/2023 | 5<br>2 pg, 163.19 KB | APPEARANCE OF COUNSEL By Rebecca A. Davis for Investors Warranty of America, LLC. [1001435453] [23-1928] CP [Entered: 09/08/2023 09:59 AM] |
| 09/08/2023 | 6<br>2 pg, 123.97 KB | DISCLOSURE STATEMENT by Investors Warranty of America, LLC. Was any question on Disclosure Form answered yes? Yes. [1001435455] [23-1928] CP [Entered: 09/08/2023 10:00 AM] |
| 09/08/2023 | 7<br>2 pg, 148.63 KB | CERTIFICATE OF CONFIDENTIALITY (Local Rule 25(c)) by Investors Warranty of America, LLC. Sealing Required: Yes. Description of document referenced by certificate: Petition for Writ of Mandamus. [1001435463] [23-1928] CP [Entered: 09/08/2023 10:05 AM] |
| 09/08/2023 | 8<br>2 pg, 140.03 KB | CERTIFICATE OF CONFIDENTIALITY (Local Rule 25(c)) by Investors Warranty of America, LLC. Sealing Required: Yes. Description of document referenced by certificate: Exhibit B. [1001435464] [23-1928] CP [Entered: 09/08/2023 10:06 AM] |
| 09/08/2023 | 9<br>2 pg, 137.28 KB | CERTIFICATE OF CONFIDENTIALITY (Local Rule 25(c)) by Investors Warranty of America, LLC. Sealing Required: Yes. Description of document referenced by certificate: Exhibit K. [1001435466] [23-1928] CP [Entered: 09/08/2023 10:07 AM] |
| 09/08/2023 | 10<br>1 pg, 77.71 KB | NOTICE ISSUED to Ms. Sara Elizabeth Kropf re: change of address. [1001435526] [23-1928] CP [Entered: 09/08/2023 10:35 AM] |
| 09/08/2023 | 12<br>6 pg, 144.06 KB | DOCKETING NOTICE issued Re: [1] case. Originating case number: 8:20-cv-01502-PJM. Mailed to: Alexa Pauline Ain, Renee Beth Appel, Anthony F. Cavanaugh, Katherine Theresa Danial, Anne V. Dunne, Rebecca Guiterman, Nicole Steinberg. [1001436138] [23-1928] CP [Entered: 09/08/2023 05:15 PM] |
| 09/08/2023 | 13<br>1 pg, 54.41 KB | ORDER filed sealing Petition for Writ of Mandamus, Exhibit B, Exhibit K. Copies to all parties. Mailed to: Alexa Pauline Ain, Renee Beth Appel, Anthony F. Cavanaugh, Katherine Theresa Danial, Anne E. Dunne, Rebecca Guiterman, Nicole Steinberg. [1001436139] [23-1928] CP [Entered: 09/08/2023 05:27 PM] |
| 09/28/2023 | 14 | Attorneys Renee Appel, Anne Dunne and Anthony LaPlaca for Investors Warranty of America, LLC terminated from case. Reason for termination: Not participating. [1001447307] [23-1928] CB [Entered: 09/28/2023 02:05 PM] |

| Date | Doc # | Description |
|---|---|---|
| 11/21/2023 | 15<br>1 pg, 82.42 KB | COURT ORDER filed requiring response. Response due 12/01/2023. Copies to all parties. Mailed to: Alexa Ain, Anthony Cavanaugh, Katherine Danial, Rebecca Guiterman & Nicole Steinberg. [1001477744] [23-1928] TW [Entered: 11/21/2023 03:19 PM] |
| 11/22/2023 | 16<br>1 pg, 159.66 KB | Letter re: [15] to require response, [15] by Rock Spring Plaza, II, LLC . [1001478294] [23-1928] William Bosch [Entered: 11/22/2023 11:38 AM] |
| 11/22/2023 | 17<br>1 pg, 58.43 KB | APPEARANCE OF COUNSEL by William M. Bosch for Rock Spring Plaza, II, LLC. [1001478601] [23-1928] William Bosch [Entered: 11/22/2023 05:54 PM] |
| 11/22/2023 | 18<br>2 pg, 50.04 KB | DISCLOSURE STATEMENT by Rock Spring Plaza, II, LLC. Was any question on Disclosure Form answered yes? No [1001478602] [23-1928] William Bosch [Entered: 11/22/2023 05:56 PM] |
| 11/30/2023 | 19<br>16 pg, 582.75 KB | MOTION by Rock Spring Plaza, II, LLC to extend filing time for response brief until 30 days from receipt of Petition and Exhibit B to Petition... Date and method of service: 11/30/2023 ecf. [1001482092] [23-1928] William Bosch [Entered: 11/30/2023 07:00 PM] |
| 12/01/2023 | 20<br>7 pg, 23.21 KB | RESPONSE/ANSWER by Investors Warranty of America, LLC to to extend filing time [19]. Nature of response: in opposition. [1001482160] [23-1928] Rebecca Davis [Entered: 12/01/2023 09:01 AM] |
| 12/01/2023 | 21<br>1 pg, 150.11 KB | Letter re: [20] , [19] by Rock Spring Plaza, II, LLC . [1001482773] [23-1928] William Bosch [Entered: 12/01/2023 05:03 PM] |
| 12/06/2023 | 22<br>4 pg, 125.2 KB | REPLY by Rock Spring Plaza, II, LLC to [20].. [1001485190] [23-1928] William Bosch [Entered: 12/06/2023 06:23 PM] |
| 12/07/2023 | 23<br>1 pg, 55.66 KB | COURT ORDER filed granting motion to extend filing time and requiring service of petition [19]. Number of days granted: 30. Response due: 01/11/2024. Copies to all parties. Mailed to: Alexa Ain, Anthony Cavanaugh, Katherine Danial, Rebecca Guiterman & Nicole Steinberg. [1001485398] [23-1928] TW [Entered: 12/07/2023 10:39 AM] |
| 12/08/2023 | 24<br>3 pg, 90.6 KB | MOTION by Investors Warranty of America, LLC to clarify DECEMBER 7, 2023 ORDER. Date and method of service: 12/08/2023 ecf. [1001486276] [23-1928] Rebecca Davis [Entered: 12/08/2023 02:37 PM] |
| 12/18/2023 | 25<br>1 pg, 52.29 KB | COURT ORDER filed denying motion to clarify [24]. Copies to all parties. Mailed to: Alexa Ain, Anthony Cavanaugh, Katherine Danial, Rebecca Guiterman & Nicole Steinberg. [1001491007] [23-1928] TW [Entered: 12/18/2023 02:58 PM] |

| | | |
|---|---|---|
| 12/19/2023 | 26<br>9 pg, 431.01 KB | CERTIFICATE OF SERVICE/SERVICE LIST by Investors Warranty of America, LLC. Related documents: [25] , [23] , [24] to clarify [1001492465] [23-1928] Rebecca Davis [Entered: 12/19/2023 06:46 PM] |
| 01/11/2024 | 27 | SEALED BRIEF (court access only) by Rock Spring Plaza, II, LLC . Type of Brief: SEALED RESPONSE. . Filed Ex parte: N. Do any cases pending in this court or the Supreme Court of the United States raise similar issues? NO.. [1001503557] [23-1928] William Bosch [Entered: 01/11/2024 05:15 PM] |
| 01/11/2024 | 28<br>2 pg, 191.04 KB | MOTION by Rock Spring Plaza, II, LLC to seal. Description of material to be sealed: Respondent's Answer in Response to IWA's Petition.. Date and method of service: 01/11/2024 ecf. [1001503558] [23-1928] William Bosch [Entered: 01/11/2024 05:23 PM] |
| 01/11/2024 | 29<br>557 pg, 10.77 MB | SUPPLEMENTAL APPENDIX by Rock Spring Plaza, II, LLC. Digital media exhibit volume? No. [1001503562] [23-1928] William Bosch [Entered: 01/11/2024 05:37 PM] |
| 01/11/2024 | 30 | SEALED SUPPLEMENTAL APPENDIX VOLUME(S) (court access) by Rock Spring Plaza, II, LLC . Digital media exhibit volume? N. Filed Ex parte: N. [1001503563] [23-1928] William Bosch [Entered: 01/11/2024 05:39 PM] |
| 01/11/2024 | 31<br>2 pg, 194.62 KB | CERTIFICATE OF CONFIDENTIALITY (Local Rule 25(c)) by Rock Spring Plaza, II, LLC. Sealing Required: Yes. Description of document referenced by certificate: Response to the Petition that was sealed by Petitioner; Document's under seal in District Court.. [1001503566] [23-1928] William Bosch [Entered: 01/11/2024 05:48 PM] |
| 01/16/2024 | 32<br>69 pg, 1.6 MB | MOTION by for leave to file for writ of mandamus [3], [3]. Date and method of service: 01/16/2024 ecf. [1001504802] [23-1928] Rebecca Davis [Entered: 01/16/2024 03:47 PM] |
| 01/17/2024 | 33<br>3 pg, 121.39 KB | RESPONSE/ANSWER by Rock Spring Plaza, II, LLC to for leave to file [32]. Nature of response: in opposition. [1001505758] [23-1928] William Bosch [Entered: 01/17/2024 06:54 PM] |
| 02/21/2024 | 34<br>2 pg, 55.6 KB | COURT ORDER filed - Upon consideration of the petition for writ of mandamus, the court grants the petition in part and denies it in part. [28] Copies to all parties. [1001524597] [23-1928] RHS [Entered: 02/21/2024 12:22 PM] |
| 02/21/2024 | 35<br>4 pg, 167.25 KB | JUDGMENT ORDER filed. Decision: Granted in part, and denied in part. Originating case number: 8:20-cv-01502-PJM. Entered on Docket Date: 02/21/2024. Copies to all parties and the district court/agency. [1001524640] [23-1928] RHS [Entered: 02/21/2024 12:40 PM] |