IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROCK SPRING PLAZA II, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INVESTORS WARRANTY OF AMERICA, LLC, et al.,<br>　　　　Defendants. | Civil Action No. 8:20-cv-01502-PJM |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Plaintiff Rock Spring Plaza II, LLC's ("Plaza") Motion to Unseal Crime-Fraud Information (the "Motion") (Dkt. 392). The Court having considered the matter, it is hereby

**ORDERED** that Plaza's Motion (Dkt. ___) is **GRANTED**; and it is further

**ORDERED**, that Dkt. 289, Dkt. 339, and the transcript of the June 20, 2023, *ex parte* hearing shall be **UNSEALED**.

ENTERED this ___ day of _____, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Peter J. Messitte
　　　　　　　　　　　　　　　　　　United States District Judge