UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC, et al.
No. 20-cv-1502

DATE: April 16, 2024

* * *

The Court is in receipt of the parties' Joint Proposed Briefing Schedule (ECF No. 397). The Court modifies certain of the deadlines as follows:

Dispositive Motions Briefing

- May 1, 2024 – Deadline for Dispositive Motions;
- May 22, 2024 – Deadline for Responses in Opposition;
- June 12, 2024 – Deadline for Replies in Support;
- July 18, 2024 – Summary Judgment Hearing.

As to other pretrial deadlines and trial dates, the Court believes that the parties may be underestimating the amount of time necessary to try this case from jury selection to verdict, and the eventual trial dates will dictate the remaining pretrial deadlines.

Accordingly, the parties and their counsel **SHALL**, within seven (7) days of this Order, advise the Court as to their availability for trial starting on August 26 through September 13, 2024.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record