UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM ORDER

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC, et al.</u>
No. 20-cv-1502

DATE: July 30, 2024

\* \* \*

On July 26, 2024, the Court received correspondence from counsel for Defendant Rock Spring Drive, LLC ("RSD") requesting permission for RSD's principals to listen in on the August 8, 2024 Pretrial Conference by telephone.

The Court, as a rule, even when all proceedings were held in-person prior to the COVID-19 pandemic, discouraged parties from attending pretrial conferences. Given counsel's current request, the Court believes it appropriate to state as a matter policy, at least as of today, that the Court is not disposed to allow parties to listen in on proceedings remotely that they otherwise would be discouraged from attending.

True, the Court previously allowed RSD's principals to listen remotely to the summary judgment hearing held on July 18, 2024, but that was a one-time accommodation for a hearing that the parties otherwise would have been permitted to attend in-person. The Court is disinclined to establish a precedent whereby parties can choose to participate in pretrial conferences remotely. Otherwise, the Court will be put in the difficult position of having to justify allowing some parties to attend remotely, but not others.

Accordingly, the Court will **DENY** RSD's request to listen by telephone to the upcoming Pretrial Conference.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record