UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM ORDER

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Rock Spring Plaza II, LLC v. Investors Warranty of Am., LLC, et al.  
No. 20-cv-1502

DATE: August 9, 2024

\* \* \*

On August 8, 2024, the Court held an on-the-record Pretrial Conference in this matter to discuss, among other things, the parties' Joint Proposed Pretrial Order (ECF No. 509). For the reasons stated on the record at the hearing, the Court will **APPROVE** the Joint Proposed Pretrial Order (ECF No. 509), subject to the following modifications:

1. Ian Ratner, CPA, and Douglas Bregman, Esq., **WILL NOT** be permitted to offer expert testimony, subject to possible reconsideration as to Mr. Bregman specified in the Court's Order of August 8, 2024;

2. If Defendants intend to call Robert Barron or David Feltman in their case in chief, they **SHALL** make those witnesses available to Plaza in its case in chief, subject to reasonable time accommodations for the witnesses so that they do not need to undertake unnecessary travel, if desired; otherwise, if Defendants insist on asserting that those witnesses will be "unavailable" to Plaza because of their out-of-state residency during Plaza's case in chief, Defendants **MAY NOT** call those witnesses in their own case in chief;

3. As stated in the Court's Memorandum Order of July 9, 2024 (ECF No. 461), joint proposed voir dire questions **SHALL** be due to the Court on August 21, 2024;

4. The other deadlines outlined in the Court's July 9, 2024 Order remain in effect, except that Joint Proposed Jury Instructions **MAY** be submitted no later than the end of the trial day on August 30, 2024.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte  
United States District Judge

CC: Court file  
Counsel of Record